UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                    No.  23-CR-345-LTS

ANTHONY PAYNE,

       Defendant.

------------------------------------------------------------x

## Order

Pursuant to 18 U.S.C. section 3005, upon application of the defense and after having considered the recommendation of the Federal Public Defender's office, the Court hereby appoints Avraham Moskowitz as learned counsel for the defendant.

       SO ORDERED.

Dated: New York, New York
       August 14, 2023

                                                      /s/ Laura Taylor Swain
                                                      LAURA TAYLOR SWAIN
                                                      Chief United States District Judge