UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

ANTHONY PAYNE,

          Defendant.

23-CR-345-LTS

---

### Scheduling Order

The change-of-plea hearing in the above-captioned case is scheduled to proceed on May 31, 2024, at 11:30 a.m., in Courtroom 17C.  The parties are directed to email Chambers at SwainNYSDCorresp@nysd.uscourts.gov any documents, even if unexecuted, that they would like the Court to consider during or in connection with the proceeding, including any proposed orders, by Friday, May 24, 2024.

      SO ORDERED.

Dated: New York, New York
April 19, 2024

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge