

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

December 5, 2024

**BY ECF**

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

**Re:**   *United States v. Anthony Payne*, **23 Cr. 345 (LTS)**

Dear Judge Swain:

      Per the Court's directive, the Government respectfully writes on consent to request that the sentencing scheduled for January 15, 2025 be rescheduled to January 23, 2025 at 2:30 p.m. Per the Court's Individual Rules, the defendant's sentencing submission will be due on January 9, 2025 and the Government's sentencing submission will be due on January 16, 2025.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

by: _____
      Dominic A. Gentile
      Christy Slavik
      Assistant United States Attorney
      (212) 637-2567 / 1113

cc:   Counsel of Record (by ECF)

---

The foregoing request for an adjournment is granted. The hearing is hereby rescheduled to **January 23, 2025 at 2:30pm**. DE#36 is resolved.
SO ORDERED
12/6/2024
/s/ Laura Taylor Swain, Chief USDJ