UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                        No.  23-CR-345-LTS

ANTHONY PAYNE,                        ORDER

              Defendant.

-------------------------------------------------------x

          The Government seeks to move the sentencing presently scheduled for January 23, 2025 at 2:30pm to January 23, 2025 at 3:00pm.  Defense counsel consents to the Government's request.

          The Government's request is granted.  The sentencing is hereby scheduled for **January 23, 2025 at 3:00pm** in Courtroom 17C.

      SO ORDERED.

Dated: New York, New York          _/s/ Laura Taylor Swain_____
       January 22, 2025           LAURA TAYLOR SWAIN
                                 Chief United States District Judge