UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES OF AMERICA

-v-                                                                                          No. 23-CR-345-LTS

ANTHONY PAYNE,                                                              ORDER

Defendant.

-------------------------------------------------------x

The Defendant requests certain materials—a mitigation report dated August 16, 2024 (see docket entry no. 4 at 4 n.1 (referencing the report)), and pictures of himself and his daughters (docket entry no. 38-3)—be filed under seal. These requests are granted because these materials contain sensitive personal information regarding the Defendant and members of his extended family.

The Government requests certain materials—security camera video footage (see docket entry no. 39 at 2 n.1 (referencing the video footage)), and victim impact statements (see docket entry no. 39 at 5 (referencing the statements))—be filed under seal. These requests are granted because these materials contain sensitive personal information regarding the victim and members of his extended family. Furthermore, disclosure of the video footage would impair law enforcement interests.

The parties are directed to take physical copies of their respective sealed materials to the Records Room of the Clerk's Office together with a copy of this order.

SO ORDERED.

Dated: New York, New York
January 23, 2025

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge